UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LATASHA DEVANE ) | Case Number 11-CV-04331 |
| Plaintiff ) | |
| vs. ) | |
| VANDENBERG, CHASE & ASSOCIATES, LLC ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Latasha Devane, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above without prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
93 Old York Road
Ste. 333
Jenkintown, PA 19046
215-745-9800